United States District Court
Southern District of Texas
**ENTERED**
March 31, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| PATRICK DIXON, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL NO. 2:16-CV-246 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Respondent. § | |

## FINAL JUDGMENT

The Court **ORDERS**, **ADJUDGES**, and **DECREES** that the above-captioned petition for a writ of habeas corpus pursuant to 28 U.S.C. §§ 2241 and 2254 be, and it hearby is, **DISMISSED** and that a certificate of appealability be, and it hearby is, **DENIED**.

SIGNED this 28th day of March, 2017.

_____
Hilda Tagle
Senior United States District Judge